UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

___ Priority
✓ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3
___ Scan Only

Case No.   CV 04-03821 DDP (PLAx)                             Dated: August 3, 2004

Title:   OAK PRODUCTIONS, INC., a California corporation -v- OHIO DISCOUNT MERCHANDISE, INC., an Ohio corporation; TODD D. BOSLEY, individually and dba BOSLEY BOBBERS; TOBY BOSLEY, individually and dba BOSLEY BOBBERS; BOSLEY BOBBING HEAD DOLL COMPANY, an entity of unknown form; TOADY BOSE FUN PRODUCTS, an entity of unknown form

========================================================================

PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers                              None Present
Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None                                          None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that on the Court's own motion the MOTION TO DISMISS BY DEFENDANTS OHIO DISCOUNT MERCHANDISE, INC., TODD D. BOSLEY AND TOBY BOSLEY (FILED ON 06-07-04 is hereby VACATED.



MINUTES FORM 11                                          Initials of Deputy Clerk _____
CIVIL -- GEN